# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| Jose Vera <br> *Plaintiff* <br> v. <br> US Department of Interior Bureau of Indian Affairs, United States of America <br> *Defendant* | ) ) ) ) ) ) Civil Action No. 1:17-cv-03005-RMP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant's Motion to Dismiss, ECF No. 5, is GRANTED.
Plaintiff's Motion for Leave to Amend, ECF No. 7, is DENIED.
Judgment for United States.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on Defendant's Motion to Dismiss, ECF No. 5, is GRANTED. Plaintiff's Motion for Leave to Amend, ECF No. 7, is DENIED.

Date: 8/16/17

*CLERK OF COURT*

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler