Joseph H. Harrington
United States Attorney
Eastern District of Washington
*Rudy J. Verschoor*
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSE VERA, | 1:17-cv-03005-RMP |
| Plaintiff, | |
| vs. | STIPULATION TO EXTEND TIME TO DISCLOSE EXPERT WITNESSES |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Defendant, United States of America, by and through its counsel of record, Joseph H. Harrington, United States Attorney for the Eastern District of Washington, and the undersigned Assistant United States Attorney, and Plaintiff Jose Vera, by and through his counsel of record Favian Valencia, pursuant the Court's Amended Scheduling Order (ECF No. 33), hereby stipulate to extend the deadline for disclosure of the parties' expert witnesses.

The parties agree to an extension allowing Plaintiff and Defendant until August 9, 2019 to provide their expert materials. The extension is needed to allow Plaintiff's expert an opportunity to visit the Closed Area of the Yakama Reservation.

Allowing the parties until August 9, 2019 will not require any additional changes to the Court's schedule. Both parties would have until August 23, 2019 to

//
//
//
//
//

STIPULATION TO EXTEND TIME - 1

provide their rebuttal expert materials,

    Dated:  July 11, 2019.

                                        Joseph H. Harrington
                                        United States Attorney

                                        *s/Rudy J. Verschoor*
                                        RUDY J. VERSCHOOR
                                        Assistant United States Attorney
                                        USAWAE.RVerschoorECF@usdoj.gov

                                        Sunlight Law, PLLC


                                        *s/Favian Valencia*
                                        FAVIAN VALENCIA
                                        Attorney for Plaintiff

STIPULATION TO EXTEND TIME - 2

# CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2019, I caused to be delivered via the method listed below the document to which this Certificate of Service is attached (plus any exhibits and/or attachments) to the following:

| NAME & ADDRESS | Method of Delivery |
|---|---|
| Favian Valencia<br>Sunlight Law, PLLC<br>402 E. Yakima Avenue, Suite 730<br>Yakima, WA 98902<br>sunlightlawpllc@gmail.com<br>favian@sunlightlaw.com<br>erika@sunlightlaw.com<br>fatima@sunlightlaw.com | ☒CM/ECF System<br>☐Electronic Mail<br>☐U.S. Mail<br>☐Other: _____ |

*s/Rudy J. Verschoor*
RUDY J. VERSCHOOR
Assistant United States Attorney

STIPULATION TO EXTEND TIME - 3