FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 26, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

JOSA VERA,

                        Plaintiff,

    v.

UNITED STATES DEPARTMENT
OF INTERIOR BUREAU OF
INDIAN AFFAIRS and UNITED
STATES OF AMERICA,

                    Defendants.

NO:  1:17-CV-3005-RMP

ORDER OF DISMISSAL WITH
PREJUDICE

BEFORE THE COURT is the parties' Stipulation to Dismiss with Prejudice, ECF No. 49.  Having reviewed the Stipulation and the record, the Court finds good cause to approve dismissal under Fed. R. Civ. P. 41(a).  Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation to Dismiss with Prejudice, **ECF No. 49**, is **APPROVED**.

2. Plaintiff's Complaint is dismissed with prejudice and without fees or costs to any party.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

3.  All pending motions are **DENIED AS MOOT**.

4.  All scheduled court hearings are **STRICKEN**.

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order, enter judgment of dismissal with prejudice, provide copies to counsel, and **close this case**.

**DATED** July 26, 2019.

_s/ Rosanna Malouf Peterson_
ROSANNA MALOUF PETERSON
United States District Judge